## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS US, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OMRON AUTOMOTIVE ELECTRONICS INC. ) <br> ) <br> ) <br> Defendant. ) <br> ) | CASE NO.: 1:14-cv-3731 <br><br> JUDGE: |

### CONTINENTAL AUTOMOTIVE SYSTEMS US, INC.'S MOTION TO COMPEL PURSUANT TO SUBPOENAS TO OMRON AUTOMOTIVE ELECTRONICS, INC.

Pursuant to Federal Rules of Civil Procedure 34(c) and 45, Continental Automotive Systems US, Inc. ("Continental") respectfully moves this Court, through undersigned counsel, to order Omron Automotive Electronics Inc. ("Omron") to produce documents and a witness to testify at deposition in accordance with subpoenas served in connection with *Continental Automotive Systems US, Inc. v. Schrader Electronics, Inc., et al.*, Case No. 2:11-cv-14525 (E.D. Mich.).

For the reasons stated in Continental's Memorandum of Law in Support of Its Motion to Compel Pursuant to Subpoena to Omron Automotive Electronics, Inc., incorporated by reference herein, the Court should compel production of documents and a witness to testify at deposition pursuant to the subpoenas. Plaintiff also incorporates by reference the following documents, filed contemporaneously herewith: Appendix of Exhibits to Plaintiff's Motion to Compel Pursuant to Subpoena; Attorney Appearance Sheet; Civil Cover Sheet; and Proposed Order.

Dated:  May 20, 2014

Respectfully submitted,

By: /s/  *Amanda K. Streff*
Amanda K. Streff
Steptoe & Johnson LLP
115 South LaSalle Street
Suite 3100
Chicago, IL  60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
astreff@steptoe.com

**Attorney for Continental Automotive Systems US, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 20, 2014, I electronically filed the foregoing MOTION TO COMPEL PURSUANT TO SUBPOENA TO OMRON AUTOMOTIVE ELECTRONICS, INC., using the CM/ECF system, and that a copy of the foregoing was served via e-mail on the following attorneys:

Matthew Zapf
Jonathan Claydon
James Lukas
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: 312.456.8400
Fax: 312.456.8435
zapfm@gtlaw.com
claydonj@gtlaw.com
lukasj@gtlaw.com

/s/*Amanda K. Streff*